**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 23-6225**

───────────

KRISTOPHER DOMINIC JACOBS,

            Plaintiff - Appellant,

        v.

ARMOR CORRECTIONAL HEALTH SERVICES, Medical Provider; NURSE
NOOM, LPN or RN,

            Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at
Alexandria.  Leonie M. Brinkema, District Judge.  (1:22-cv-01216-LMB-IDD)

───────────

Submitted:  September 28, 2023                    Decided:  October 4, 2023

───────────

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kristopher Dominic Jacobs, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kristopher Dominic Jacobs appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915A(b).* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Jacobs v. Armor Corr. Health Servs.*, No. 1:22-cv-01216-LMB-IDD (E.D. Va. Feb. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

* Because the district court did not afford Jacobs leave to amend, the dismissal order, although without prejudice, is a final, appealable order. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).

2